UNITED STATES DISTRICT COURT
WESTERN     DISTRICT OF TENNESSEE
EASTERN DIVISION

Lisa Bunch
P. O. Box 774
Martin, Tennessee 38237-0774
SSN: 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

     Plaintiff,

v.                                   Civil Action No.   1-05-1326-T/An

Jo Anne B. Barnhart
Commissioner of
Social Security,
     Defendant.

ORDER GRANTING LEAVE TO
PROCEED *IN FORMA PAUPERIS*

In reliance on the presentations set forth in the attached application and affidavit,

IT IS ORDERED that the Plaintiff in the above-entitled proceeding be, and hereby is, permitted to prosecute said proceedings to conclusion without prepayment of costs or giving security therefor, and without prepayment of U.S. Marshal service fees, pursuant to 28 U.S.C. §1915.

Dated at Jackson, Tennessee this the 26th Day of October, 2005.

BY THE COURT:

_James D. Todd_
United States District Judge

This document entered on the docket sheet In compliance with Rule 58 and/or 79 (a) FRCP on   10-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01326 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable James Todd
US DISTRICT COURT